**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HENRY LEE, on behalf of himself and all others similarly situated, | Case No. 1:16-cv-01104-LTS |
| Plaintiff, | |
| -v- | **NOTICE OF CHANGE OF ADDRESS** |
| BUTH-NA-BODHAIGE, INC., a Delaware corporation, d/b/a THE BODY SHOP, and DOES 1-10, | |
| Defendants. | |

PLEASE TAKE NOTICE that effective July 1, 2016, the address of Plaintiff's counsel,

Joshua C. Dickinson of Spencer Fane LLP, is:

> Spencer Fane LLP
> 13520 California Street, Suite 290
> Omaha, NE 68154

All other contact information for said counsel remains unchanged.

DATED this 9th day of August, 2016.

SPENCER FANE LLP

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson,      MO #51446
13520 California Street, Suite 290
Omaha, NE 68154
(402) 965-8600  (telephone)
(402) 965-8601  (facsimile)
jdickinson@spencerfane.com

*Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Southern District of New York this 9th day of August, 2016, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Joshua C. Dickinson

OM 405424.1