UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HENRY LEE, on behalf of himself and
all others similarly situated,

                                                                                   **CASE NO. 1:16-cv-01104 (LTS)**

                Plaintiff,

v.

BUTH-NA-BODHAIGE, INC.,
a Delaware corporation,
d//b/a THE BODY SHOP, and
DOES 1-10,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION TO INTERVENE, AND TO DISMISS OR STAY,
OR IN THE ALTERNATIVE TRANSFER THIS CASE,
PURSUANT TO THE FIRST-TO-FILE RULE**

      PLEASE TAKE NOTICE that upon the accompanying Motion and Memorandum of Law, proposed intervenor Shane Flaum moves this Court for an order allowing permissive intervention in the above-captioned action pursuant to Fed. R. Civ. P. 24(b). Mr. Flaum further moves to dismiss or stay this action, or in the alternative transfer this case, pursuant to the first filed doctrine.

Dated: New York, New York
        September 20, 2016

                                             Respectfully submitted,

                                             *s/ James S. Giardina*
                                             JAMES S. GIARDINA, ESQ.
                                             The Consumer Rights Law Group, PLLC
                                             3104 W Waters Avenue
                                             Suite 200
                                             Tampa, Florida 33614-2877
                                             Tel: (813) 435-5055
                                             Fax: (866) 535-7199

\* Motion for Admission *Pro Hac Vice* forthcoming.

        SCOTT D. OWENS, ESQ.*
        The Law Office of Scott D. Owens, Esq.
        3800 S. Ocean Dr., Suite 235
        Hollywood, Florida 33019
        Tel: 954-589-0588
        Fax:    954-337-0666
        scott@scottdowens.com

        Attorneys for Intervenor, Shane Flaum

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on September 20, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

        *s/ James S. Giardina*
        JAMES S. GIARDINA, ESQ.
        The Consumer Rights Law Group, PLLC
        3104 W Waters Avenue
        Suite 200
        Tampa, Florida 33614-2877
        Tel: (813) 435-5055
        Fax: (866) 535-7199

        SCOTT D. OWENS, ESQ.
        The Law Office of Scott D. Owens, Esq.
        3800 S. Ocean Dr., Suite 235
        Hollywood, Florida 33019
        Tel: 954-589-0588
        Fax:    954-337-0666
        scott@scottdowens.com

        Attorneys for Intervenor, Shane Flaum