

Robert L. Lash, Esq.
Direct Dial: (212) 468-5591
rlash@hlnylaw.com

October 16, 2017

**VIA ECF**
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Henry Lee v. Buth-Na-Bodhaige, Inc. d/b/a The Body Shop*
      Case No. 1:16-cv-01104

Dear Judge Swain:

We represent Plaintiff and the Settlement Class in this matter. In accordance with Rules 41(a)(2) and 23(e) of the Federal Rules of Civil Procedure, we request the Court dismiss their action against Defendant The Body Shop without prejudice and without costs or fees to any party.

I have spoken with counsel for Defendant and Defendant does not object to the requested dismissal, but does not agree to dismiss its third party claims against Verifone which, among other things, seek relief for the costs of defending this lawsuit to date.

Respectfully Submitted,

*/s/ Robert L. Lash*

Robert L. Lash

cc:   All Counsel of Record